UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED MAY 06 2025 PRO SE OFFICE

Gomboa, Clifford (22R1035)
Write the full name of each plaintiff.

No. 25 CV 3966
(To be filled out by Clerk's Office)

-against- IN There Individual Capacity

Singleton, C.O Tannis, S.G.T - Gornet, C.O Bentley, C.O Jubak, C.O Kiener, S.G.T - Jannik, C.O Digovette, Covasquez, M.T Newport, S.G.T - Filaguera, C.O Jones, C.O Miller, C.O Pugh, Jannik, Carcone, C.O - scotter White, Torutello, Brock JR, Hartlorff, Herman

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Clifford_____ __Samir_____ __Gamboa_____
First Name             Middle Initial        Last Name

__N/A_____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__22R1035_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Collins Correctional Facility_____
Current Place of Detention

__P.O Box 340_____
Institutional Address

__Collins_____     __NY__     __14034-0340__
County, City              State       Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_____Giornot_____
First Name    Last Name    Shield #

S.G.7
Current Job Title (or other identifying information)    Middle Road P.O Box 340

Collins Correctional Facility
Current Work Address

Collins        NY        14034
County, City    State    Zip Code

Defendant 2:

_____Jannik_____
First Name    Last Name    Shield #

S.G.7 At Middle Road P.O Box 340 Collins-C.F
Current Job Title (or other identifying information)

Collins        Middle Road P.o Box 340
Current Work Address

Collins        NY        14034
County, City    State    Zip Code

Defendant 3:

_____Filaguera_____
First Name    Last Name    Shield #

Current Job Title (or other identifying information)
Collins C.F Middle Road P.O Box 340
Current Work Address

Collins        NY        14034
County, City    State    Zip Code

Defendant 4:

_____Seatherwhite_____
First Name    Last Name    Shield #

Correctional officer
Current Job Title (or other identifying information)

Collins C.F Middle Road P.O Box 340
Current Work Address

Collins        NY        14034
County, City    State    Zip Code

Page 3

Gamboa, Clifford (Pin 22R1035)

- Against -

Jinglton   S.G.T-Gornet   C.O-Jubak   C.O Vasquez
C.O Tannis   S.G.T-Jannik   C.O Dijonette   C.O-Miller
C.O Kiener   S.G.T-Filaguera   C.O Jones   C.O Brock Jr
M.Z Newport   C.O-seotterWhite   C.O Torutello   C.O Pugh, Jannik
Zarcone   C.O Bentley   C.O Rodriguez   C.O Hartloff, Herman
C.O-Grock

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Collins Correctional Facility

Date(s) of occurrence: February, 19, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Duty and Breach of Contract Negligent tort Supervisors is to Place a Duty of care to Maintain a safe Workplace for individuals incarcerated and Corrections officers and staff Stuck on the Job. Not Part in a Unlawful and illegal strike that creats An imminent threat to the safety of individuals incarcerated/As Myself Which Violated and Breached this Duty of care and Contract Knowing that Act Could cause a state of Emergency Im a individual lock in a Cell 24 hours in Collins RCF there's No reason Why Any supervisor should strike Against My living Conditions the strike Conflict Against My Anthroclology He, in His officil Copacity, owed me a Greater Duty of care than I Received. I Received Tickets While supervisors was out on strike Which should Have Been through out Because there was No Movement. Medical Care was Not Being Provided to incarcerated People in a timely Manner. Mail As Well As legal Mail Was Not being send out or Received. Visitions Was Canceled over

Page 4

Officers Boycotting there own Workplace. Grievance letters was Not Being Addressed. I Wasn't Receiving Any Law Library Which violated My Due Process For My Article 78 and My Ticket Hearings. Staff went on a illegal Strike to cause chaos & DIScord so IJI's & the gov't could suffer. They have been Deliberate indifferent & Denied me Access of Court. I was not able to Handle my Many legal issues due to the Strike & no Law tablets. I couldn't Practice my Religion and missed out several Holidays. I Also didn't recieve

**INJURIES:** Proper Medical Care For Bodily Injuries.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental, Emotional and Financial. P.T.S.D, Anxiety More Box time, Insomia, and no treatment For Bodily aches & pains due to the stress of everything

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I Would Be requesting $950,000 and that My Box time be rescinded

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4/27/25

Plaintiff's Signature: [signed]

First Name: Clifford
Middle Initial: Samir
Last Name: Gamboa

Prison Address: Collins C

County, City: Collins
State: NY
Zip Code: 14034-0340

Date on which I am delivering this complaint to prison authorities for mailing: 4/27/25

Page 6

